# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY et al., <br><br> Plaintiff(s), <br><br> v. <br><br> DAVID C EBENAL et al., <br><br> Defendant(s). | CASE NO. 2:21−cv−01616−TL <br><br> DISMISSAL ORDER |

Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN.

In the event that the settlement is not perfected, any party may move to reopen the case within sixty (60) days of this order.

DATED: The 12th of April 2022.

Tana Lin
United States District Judge

DISMISSAL ORDER – 1